IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, | **26-CR-00601-AMM-JEM-02** |
| Plaintiff, | **ORDER** |
| v. | |
| Manuel George Madrid | |
| Defendant. | |

The Court has reviewed Defendant's motion to modify conditions of release and concludes that a hearing is warranted. Therefore;

**IT IS ORDERED** that a hearing on the Motion to Modify Conditions of Release, [Doc. 34] is set on March 20, 2026, at 2:00 PM before Magistrate Judge James E. Marner.

Dated this 17th day of March, 2026.

_____
James E. Marner
United States Magistrate Judge